| | |
|---|---|
| JESSE DANIEL ROBARDS and, <br> TAMARA LASHAE ROBARDS, | ) <br> ) <br> ) |
| Plaintiffs, | ) <br> ) |
| v. | )    **No. 2:25-CV-00057** <br> ) |
| RONALD THURMAN, | ) <br> ) |
| Defendant. | ) |

## <u>ORDER</u>

Before the Court is the Report and Recommendation by Magistrate Judge Luke A. Evans ("R&R") (Doc. No. 9) recommending that the Court dismiss this case for failure to prosecute under Federal Rule of Civil Procedure 41(b). The R&R, issued on June 24, 2026, notified Plaintiff that any objections must be filed within fourteen days. (Id. at 2). When service is made by mail, three additional days are added to the prescribed period. Fed. R. Civ. P. 6(d). In computing time, the Court excludes the day of the event that triggers the period, counts every intermediate day, and includes the last day of the period, unless the last day falls on a weekend or legal holiday, in which case the period continues to run through the next business day. The parties' deadline to object has passed and they have failed to timely object.

Given that Plaintiff has lodged no objections to the R&R, the Court need only review it for clear error. Fed. R. Civ. P. 72(b) advisory committee note of 1983 ("When no timely objection is filed, the court need only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation."). The Court has reviewed the R&R and finds no clear error. The Court agrees with the Magistrate Judge that dismissal is the proper remedy under Rule 41(b) because there has been no substantive or procedural activity in this case since 2025, the Plaintiffs

failed to respond to the Show Cause Order issued on May 18, 2026 (Doc. No. 8), and have taken no action to move this suit forward since July 2025. (Doc. No. 9 at 1-2).

Accordingly, the Court **ADOPTS** the R&R (Doc. No. 9) in its entirety. This case is **DISMISSED WITHOUT PREJUDICE** under Federal Rule of Civil Procedure 41(b) for failure to prosecute. The clerk shall close the file.

IT IS SO ORDERED

_____
WAVERLY D. CRENSHAW, JR.
UNITED STATES DISTRICT JUDGE

2